**Vamsidhar VURIMINDI, Plaintiff–Appellant,**

v.

**Jason LINK; Kristoffer Singleton; David R. Mitchell; Moira Ringo; Douglas Bashar; Johnny Williams; John Dohnal; Alissandro Castillo;** **Robert Ross; Sudheer Dharanikota; Sunil Balasheb Patil; Amit Khare; Peter Walton; Eugene White; Rajiv Prasad Kolagani; Pratibhash Chattopadhyay; Jennifer Erickson; Seth Gillespie; Shana Keating; Gregory Valentine; Pradeep Rajagopal; Rajiv Patnaik; Lei Zhu; John Espey; Sanjay Mishra; Sankar Ramesh; Kevin Giusti; Sreedhar Manjigani; Jill Stowe; Pranab Majumbar, Defendants–Appellees.**

No. 12–1546.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 27, 2012.

Decided: Oct. 1, 2012.

Vamsidhar Vurimindi, Appellant Pro Se. James Donald Cowan, Jr., Ellis & Winters, LLP, Cary, North Carolina; Dixie Thomas Wells, Ellis & Winters, LLP, Greensboro, North Carolina; Christa Frank, Mark B. Sheppard, Montgomery, McCracken, Walker & Rhoads, Philadelphia, Pennsylvania, for Appellees.

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vamsidhar Vurimindi appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Vurimindi's civil complaint.

458

We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Vurimindi v. Link,* No. 1:10–cv–00965–TDS–JEP (M.D.N.C. filed Mar. 26, 2012 & entered Mar. 28, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*